Mark A. Hutchison (4639)
Shannon R. Wilson (9933)
Ramez A. Ghally (15225)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
mhutchison@hutchlegal.com
swilson@hutchlegal.com
rghally@hutchlegal.com

Paul D. Clement (Virginia Bar No. 37195) (*Pro Hac Vice Pending*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel.: (202) 742-8900
paul.clement@clementmurphy.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GREATER LAS VEGAS SHORT-TERM RENTAL ASSOCIATION; JACQUELINE FLORES; LOUIS KOORNDYK; ESTRELITA KOORNDYK; HAAN'S PROPERTIES LLC; LK'S PROPERTIES LLC; THOMAS M. MCKANNON, DEBRA HANSEN; JOHN HANSEN, TROY UEHLING; PHILIP JOHNSON; SAMUEL HANKINS; LISA HANKINS; 4502 PALM MESA LLC; and AIRBNB, INC.;<br><br>               Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada, and AARON D. FORD, in his official capacity as Attorney General for the State of Nevada,<br><br>               Defendants. | Case No.: 2:25-cv-01173-MMD-BNW<br><br>ORDER GRANTING<br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |

      Paul D. Clement, Petitioner, respectfully represents to the Court:

      1.     That Petitioner is an attorney at law and a member of the law firm of CLEMENT

& MURPHY, PLLC, with offices at:

    Address:        706 Duke St., Alexandria, VA 22314
    Phone Number:  (202) 742-8900
    Email Address:  paul.clement@clementmurphy.com

2. That Petitioner has been retained personally or as a member of the law firm by Greater Las Vegas Short-Term Rental Association; Jacqueline Flores; Louis Koorndyk; Estrelita Koorndyk; Haan's Properties LLC; LK's Properties LLC; Thomas M. McKannon; Debra Hansen; John Hansen; Troy Uehling; Philip Johnson; Samuel Hankins; Lisa Hankins; 4502 Palm Mesa LLC; and Airbnb, Inc. to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since October 6, 1994, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Virginia where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petition was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts. *See* Exhibit 1 (list of Active and Good Standing Bar Admissions for Paul Clement).

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

6. That Petitioner has never been denied admission to the State Bar of Nevada.

7. That Petition is a member of good standing in the following Bar Associations:

Doc ID: de8ca6defe04c5d85a0e83858875d56d5a35bfd0

Virginia State Bar, District of Columbia Bar, and the State Bar of Wisconsin.

8. Petitioner has not filed any applications to appear as counsel under Local Rule IA 11-2 during the past three (3) years.

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Doc ID: de8ca6defe04c5d85a0e83858875d56d5a35bfd0

| | |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's Signature

State of Virginia      )
                       )
City of Alexandria     )

Paul D. Clement, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this:

30 day of June, 2025.

_____
Notary Public of Clerk of the Court

*[Notary seal: RUTH C. BARWICK, NOTARY PUBLIC, REG. #7702839, MY COMMISSION EXPIRES 10/31/2027, COMMONWEALTH OF VIRGINIA]*

VERIFIED PETITION FOR PERMISSION TO PRACTICE - 4

Doc ID: de8ca6defe04c5d85a0e83858875d56d5a35bfd0

# DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the clients to designate Shannon R. Wilson, Attorney at Law, member of the State Bar of Nevada and previously admitted into practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

| | |
|---|---|
| Address: | 10080 W. Alta Dr., Ste. 200 |
| | Las Vegas, NV 89145 |
| Phone Number: | (702) 385-2500 |
| Email Address: | swilson@hutchlegal.com |

The petitioner and undersigned parties agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Shannon R. Wilson, as their Designated Resident Nevada Counsel in this case.

_____
Greater Las Vegas Short-Term Rental Association

Jacqueline Flores, President
(Type or print party name, title)

VERIFIED PETITION FOR PERMISSION TO PRACTICE - 5

Doc ID: de8ca6defe04c5d85a0e83858875d56d5a35bfd0

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Shannon R. Wilson as their Designated Resident Nevada Counsel in this case.

_____
Jacqueline Flores

_____
Jacqueline Flores
(Type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Shannon R. Wilson as their Designated Resident Nevada Counsel in this case.

_____
Louis Koorndyk

_____
Louis Koorndyk
(Type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Shannon R. Wilson as their Designated Resident Nevada Counsel in this case.

_____
Estrelita Koorndyk

_____
Estrelita Ann Koorndyk
(Type or print party name, title)

VERIFIED PETITION FOR PERMISSION TO PRACTICE - 6

Doc ID: de8ca6defe04c5d85a0e83858875d56d5a35bfd0

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Shannon R. Wilson as their Designated Resident Nevada Counsel in this case.

_____
Haan's Properties LLC

_____
Louis Koorndyk
(Type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Shannon R. Wilson as their Designated Resident Nevada Counsel in this case.

_____
LK's Properties LLC

_____
Louis Koorndyk
(Type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Shannon R. Wilson as their Designated Resident Nevada Counsel in this case.

_____
Thomas M. McKannon

_____
Thomas M. McKannon
(Type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Shannon R. Wilson as their Designated Resident Nevada Counsel in this case.

_____
John Hansen

_____
John A Hansen
(Type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Shannon R. Wilson as their Designated Resident Nevada Counsel in this case.

_____
Debra Hansen

_____
Debra C Hansen
(Type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Shannon R. Wilson as their Designated Resident Nevada Counsel in this case.

_____
Troy Uehling

_____
Troy Uehling
(Type or print party name, title)

1 **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Shannon R. Wilson as their Designated Resident Nevada Counsel in this case.

_____
Philip Johnson

_____
PHILIP JOHNSON
(Type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Shannon R. Wilson as their Designated Resident Nevada Counsel in this case.

_____
Samuel Hankins

_____
Samuel Hankins
(Type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Shannon R. Wilson as their Designated Resident Nevada Counsel in this case.

_____
Lisa Hankins

_____
Lisa Hankins
(Type or print party name, title)

VERIFIED PETITION FOR PERMISSION TO PRACTICE - 9

Doc ID: de8ca6defe04c5d85a0e83858875d56d5a35bfd0

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Shannon R. Wilson as their Designated Resident Nevada Counsel in this case.

_____
4502 Palm Mesa LLC

_____
PHILIP JOHNSON
(Type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Shannon R. Wilson as their Designated Resident Nevada Counsel in this case.

_____
Airbnb, Inc.

_____
Airbnb, Inc.
(Type or print party name, title)

VERIFIED PETITION FOR PERMISSION TO PRACTICE - 10

Doc ID: de8ca6defe04c5d85a0e83858875d56d5a35bfd0

# CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____*Shannon R. Wilson*_____
Designated Resident Nevada Counsel's Signature

__9933__   __swilson@hutchlegal.com__
Bar Number            Email Address

APPROVED:

Dated this __3rd__ day of __July__, 2025.

_____
UNITED STATES DISTRICT JUDGE

VERIFIED PETITION FOR PERMISSION TO PRACTICE - 11

Doc ID: de8ca6defe04c5d85a0e83858875d56d5a35bfd0

**Bar Admissions for Paul D. Clement (All Active and in Good Standing):**

- Virginia (Admission Date:  10/6/1994, Bar ID No.:  37915)
- District of Columbia (Admission Date:  5/3/1996, Bar ID No.:  433215)
- Wisconsin (Admission Date:  5/29/2003, Bar ID No.:  1046530)
- U.S. Supreme Court (Admission Date:  1/24/2000)
- U.S. Court of Appeals for the First Circuit (Admission Date:  8/16/2010, Attorney Identification No.:  1121545)
- U.S. Court of Appeals for the Second Circuit (Admission Date:  11/10/2003)
- U.S. Court of Appeals for the Third Circuit (Admission Date:  8/2/2011)
- U.S. Court of Appeals for the Fourth Circuit (Admission Date:  3/30/2000)
- U.S. Court of Appeals for the Fifth Circuit (Admission Date:  9/28/2009)
- U.S. Court of Appeals for the Sixth Circuit (Admission Date:  3/2/2000)
- U.S. Court of Appeals for the Seventh Circuit (Admission Date:  1/9/2001)
- U.S. Court of Appeals for the Eighth Circuit (Admission Date:  9/3/1996)
- U.S. Court of Appeals for the Ninth Circuit (Admission Date:  6/14/2002)
- U.S. Court of Appeals for the Tenth Circuit (Admission Date:  3/22/2000)
- U.S. Court of Appeals for the Eleventh Circuit (Admission Date:  1/27/2009)
- U.S. Court of Appeals for the District of Columbia Circuit (Admission Date:  7/31/1996; Attorney Identification No.:  44325)
- U.S. Court of Appeals for the Federal Circuit (Admission Date:  4/19/2000)
- U.S. Court of Federal Claims (Admission Date:  11/3/2016)
- U.S. District Court for the District of Columbia (Admission Date:  9/29/2009; Attorney Identification No.:  433215)
- U.S. District Court for the Northern District of Florida (Admission Date:  5/1/2015)

# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Paul Andrew Clement

was admitted to practice as an attorney and counsellor at the bar of this Court on November 1, 1994.

I further certify that so far as the records of this office are concerned, Paul Andrew Clement is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court
This 24th day of March
A.D. 2025

By: *Ervina Pajalic*
        *Deputy Clerk*



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Paul Clement

*was duly qualified and admitted on May 3, 1996 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 20, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

Doc ID: de8ca6defe04c5d85a0e83858875d56d5a35bfd0



Samuel A. Christensen
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

PAUL CLEMENT

was admitted to practice as an attorney within this state on May 29, 2003 and is presently in good standing in this court.

Dated: March 21, 2025

SAMUEL A. CHRISTENSEN
Clerk of Supreme Court





| | |
|---|---|
| Title | GLVSTRA - Pro Hac Vice Petition - 2025-07-02 |
| File name | 002._Petition_Pro_Hac_Vice.pdf |
| Document ID | de8ca6defe04c5d85a0e83858875d56d5a35bfd0 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

**07 / 02 / 2025**
10:13:22 UTC-7
SENT

Sent for signature to Jacqueline Flores (jackie@glvstra.org), Jacqueline Flores (vip.lasvegas777@gmail.com), Louis Koorndyk (lksquest@gmail.com), Estrellita Koorndyk (islandgirl4ever@ymail.com), Thomas McKannon (t.mckannon@gmail.com), John Hansen (john@avvegas.com), Debra Hansen (dchansen53@gmail.com), Troy Uehling (hello@heritagetrash.com), Philip Johnson (philip@dappropsllc.com), Samuel Hankins (hankinss001@hawaii.rr.com), Lisa Hankins (vegasgardenoasis@gmail.com), Neha Palani (neha.palani@airbnb.com) and Shannon R. Wilson (swilson@hutchlegal.com) from docsign@hutchlegal.com
IP: 65.153.41.170

**07 / 02 / 2025**
10:13:51 UTC-7
VIEWED

Viewed by Shannon R. Wilson (swilson@hutchlegal.com)
IP: 65.153.41.170

**07 / 02 / 2025**
10:15:28 UTC-7
SIGNED

Signed by Shannon R. Wilson (swilson@hutchlegal.com)
IP: 65.153.41.170

 Audit trail

| | |
|---|---|
| Title | GLVSTRA - Pro Hac Vice Petition - 2025-07-02 |
| File name | 002._Petition_Pro_Hac_Vice.pdf |
| Document ID | de8ca6defe04c5d85a0e83858875d56d5a35bfd0 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

**VIEWED** — **07 / 02 / 2025** 10:18:43 UTC-7 — Viewed by Neha Palani (neha.palani@airbnb.com) IP: 135.180.130.142

**SIGNED** — **07 / 02 / 2025** 10:19:05 UTC-7 — Signed by Neha Palani (neha.palani@airbnb.com) IP: 135.180.130.142

**VIEWED** — **07 / 02 / 2025** 10:51:15 UTC-7 — Viewed by Jacqueline Flores (jackie@glvstra.org) IP: 104.28.123.73

**SIGNED** — **07 / 02 / 2025** 10:51:56 UTC-7 — Signed by Jacqueline Flores (jackie@glvstra.org) IP: 104.28.123.73

**VIEWED** — **07 / 02 / 2025** 11:04:49 UTC-7 — Viewed by Thomas McKannon (t.mckannon@gmail.com) IP: 172.56.33.234

**VIEWED** — **07 / 02 / 2025** 11:06:12 UTC-7 — Viewed by Philip Johnson (philip@dappropsllc.com) IP: 142.252.161.45

Powered by Dropbox Sign

 **Audit trail**

| | |
|---|---|
| **Title** | GLVSTRA - Pro Hac Vice Petition - 2025-07-02 |
| **File name** | 002._Petition_Pro_Hac_Vice.pdf |
| **Document ID** | de8ca6defe04c5d85a0e83858875d56d5a35bfd0 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

**SIGNED** — **07 / 02 / 2025** 11:06:50 UTC-7 — Signed by Philip Johnson (philip@dappropsllc.com)
IP: 142.252.161.45

**SIGNED** — **07 / 02 / 2025** 11:07:39 UTC-7 — Signed by Thomas McKannon (t.mckannon@gmail.com)
IP: 172.56.33.234

**VIEWED** — **07 / 02 / 2025** 11:10:04 UTC-7 — Viewed by Lisa Hankins (vegasgardenoasis@gmail.com)
IP: 207.212.33.89

**SIGNED** — **07 / 02 / 2025** 11:11:19 UTC-7 — Signed by Lisa Hankins (vegasgardenoasis@gmail.com)
IP: 207.212.33.89

**VIEWED** — **07 / 02 / 2025** 11:11:45 UTC-7 — Viewed by Samuel Hankins (hankinss001@hawaii.rr.com)
IP: 207.212.33.89

**SIGNED** — **07 / 02 / 2025** 11:12:11 UTC-7 — Signed by Samuel Hankins (hankinss001@hawaii.rr.com)
IP: 207.212.33.89

Powered by Dropbox Sign



Audit trail

| | |
|---|---|
| Title | GLVSTRA - Pro Hac Vice Petition - 2025-07-02 |
| File name | 002._Petition_Pro_Hac_Vice.pdf |
| Document ID | de8ca6defe04c5d85a0e83858875d56d5a35bfd0 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**VIEWED**
**07 / 02 / 2025**
12:36:11 UTC-7
Viewed by Jacqueline Flores (vip.lasvegas777@gmail.com)
IP: 146.75.146.187

**SIGNED**
**07 / 02 / 2025**
12:36:42 UTC-7
Signed by Jacqueline Flores (vip.lasvegas777@gmail.com)
IP: 146.75.146.187

**VIEWED**
**07 / 02 / 2025**
14:16:44 UTC-7
Viewed by Estrellita Koorndyk (islandgirl4ever@ymail.com)
IP: 174.234.90.71

**SIGNED**
**07 / 02 / 2025**
14:18:04 UTC-7
Signed by Estrellita Koorndyk (islandgirl4ever@ymail.com)
IP: 174.234.90.71

**VIEWED**
**07 / 02 / 2025**
14:29:21 UTC-7
Viewed by Louis Koorndyk (lksquest@gmail.com)
IP: 50.158.55.49

**VIEWED**
**07 / 02 / 2025**
14:44:00 UTC-7
Viewed by Debra Hansen (dchansen53@gmail.com)
IP: 174.238.109.104

Powered by Dropbox Sign



Audit trail

| | |
|---|---|
| Title | GLVSTRA - Pro Hac Vice Petition - 2025-07-02 |
| File name | 002._Petition_Pro_Hac_Vice.pdf |
| Document ID | de8ca6defe04c5d85a0e83858875d56d5a35bfd0 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

# Document History

**SIGNED**
**07 / 02 / 2025**
14:44:52 UTC-7
Signed by Debra Hansen (dchansen53@gmail.com)
IP: 174.238.109.104

**SIGNED**
**07 / 02 / 2025**
16:42:17 UTC-7
Signed by Louis Koorndyk (lksquest@gmail.com)
IP: 50.158.55.49

**VIEWED**
**07 / 02 / 2025**
18:32:02 UTC-7
Viewed by Troy Uehling (hello@heritagetrash.com)
IP: 76.120.33.111

**SIGNED**
**07 / 02 / 2025**
18:32:23 UTC-7
Signed by Troy Uehling (hello@heritagetrash.com)
IP: 76.120.33.111

**VIEWED**
**07 / 02 / 2025**
20:04:45 UTC-7
Viewed by John Hansen (john@avvegas.com)
IP: 164.153.62.74

**SIGNED**
**07 / 02 / 2025**
20:05:18 UTC-7
Signed by John Hansen (john@avvegas.com)
IP: 164.153.62.74

**COMPLETED**
**07 / 02 / 2025**
20:05:18 UTC-7
The document has been completed.

Powered by Dropbox Sign