AARON D. FORD
  Attorney General
Jessica E. Whelan (Nevada Bar No. 14781)
  Chief Deputy Solicitor General - Litigation
Kyle J. Hoyt (Bar No. 14886)
  Senior Deputy Attorney General
State of Nevada, Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3768 (fax)
jwhelan@ag.nv.gov
khoyt@ag.nv.gov

*Attorneys for Aaron D. Ford,*
*Attorney General for the State of Nevada*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREATER LAS VEGAS SHORT-TERM RENTAL ASSOCIATION; JACQUELINE FLORES; LOUIS KOORNDYK; ESTRELITA KOORNDYK; HAAN'S PROPERTIES LLC; LK'S PROPERTIES LLC; THOMAS M. MCKANNON, DEBRA HANSEN; JOHN HANSEN, TROY UEHLING; PHILIP JOHNSON; SAMUEL HANKINS; LISA HANKINS; 5402 PALM MESA LLC; and AIRBNB, INC.;<br><br>                    Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada, and AARON D. FORD, in his official capacity as Attorney General for the State of Nevada,<br><br>                    Defendants. | Case No. 2:25-cv-01173-MMD-BNW<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT AARON D. FORD, ATTORNEY GENERAL FOR THE STATE OF NEVADA'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT  (ECF NO. 1)**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STPULATED between Plaintiffs Greater Las Vegas Short-Term Rental Association, Jacqueline Flores, Louis Koorndyk, Estrelita Koorndyk, Haan's Properties LLC, LK's Properties LLC, Thomas M. McKannon, Debra Hansen, John Hansen, Troy Uehling, Philip Johnson, Samuel Hankins, Lisa Hankins, 5402 Palm Mesa LLC, and Airbnb, Inc. ("Plaintiffs"), and Defendant Aaron D. Ford, Attorney General for

the State of Nevada ("Defendant State"), by and through undersigned counsel, that Defendant State shall have a 14-day extension of time to respond to Plaintiffs' Complaint (ECF No. 1). Defendant State's response is currently due Friday, August 8, 2025. This stipulation is to extend that time until Friday, August 22, 2025.

Defendant State requests the extension, asserting that Plaintiffs' Complaint raises multiple and novel issues of constitutional law. More specifically, Plaintiffs challenge the statutory framework adopted by the State of Nevada regarding enactment of county ordinance(s) with respect to short-term rentals. Defendant State requires additional time to review the history of the enactment of the relevant statute, the ultimate ordinance adopted by Defendant Clark County, and evaluation of the same with respect to the multiple constitutional grounds for relief Plaintiffs assert in the Complaint. Additionally, in the recent weeks leading up to the current filing deadline, undersigned counsel for Defendant State has been engaged in other matters including summary judgment briefing and multiple depositions of state agency representatives, which included travel. This has slightly delayed the ability of Defendant State to prepare a response to the Plaintiffs' Complaint. This stipulation is sought on a good faith basis in order to fully and fairly litigate the matters before the Court, and not for the purposes of delay.

Plaintiffs, without admitting, denying, or conceding Defendant State's assertions for the requested extension, grant the request as professional courtesy.

/ / /

/ / /

/ / /

Based on the foregoing and for good cause appearing, the parties, through their counsel, hereby stipulate and agree to extend the time for Defendant State to file a response to the Plaintiffs' Complaint (ECF No. 1) from August 8, 2025, up to and including August 22, 2025.

**IT IS SO STIPULATED.**

DATED this 7th day of August, 2025.

AARON D. FORD
Attorney General


By:/s/*Kyle J. Hoyt*
    Jessica E. Whelan (Bar No. 14781)
    Chief Deputy Solicitor General
    Kyle J. Hoyt (Bar No. 14886)
    Senior Deputy Attorney General
State of Nevada
Office of the Attorney General

*Attorneys for Aaron D. Ford, Attorney*
*General for the State of Nevada*

DATED 7th day of August, 2025.

HUTCHINSON & STEFFEN, PLLC


By: /s/*Shannon R. Wilson*
    Mark A. Hutchison, Esq. (Bar No. 4639)
    Shannon R. Wilson, Esq. (Bar No. 9933)
    Ramez Ghally, Esq. (Bar No. 15225)
    Hutchison & Steffen, PLLC

*Attorneys for Plaintiffs*

IT IS SO ORDERED.


DATED:     August 11, 2025.


_____