1  Mark A. Hutchison (4639)
   Shannon R. Wilson (9933)
2  Ramez A. Ghally (15225)
   HUTCHISON & STEFFEN, PLLC
3  Peccole Professional Park
   10080 West Alta Drive, Suite 200
4  Las Vegas, NV 89145
   Tel: (702) 385-2500
5  Fax: (702) 385-2086
   mhutchison@hutchlegal.com
6  swilson@hutchlegal.com
   rghally@hutchlegal.com
7
   Paul D. Clement (Virginia Bar No. 37195)
8  (*Admitted Pro Hac Vice*)
   CLEMENT & MURPHY, PLLC
9  706 Duke Street
   Alexandria, VA 22314
10 Tel.: (202) 742-8900
   paul.clement@clementmurphy.com
11 *Attorneys for Plaintiffs*

Sarah E. Harrington (*Admitted Pro Hac Vice*)
David M. Zionts (*Admitted Pro Hac Vice*)
Alexander A. Berengaut (*Admitted Pro Hac Vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
sharrington@cov.com
dzionts@cov.com
aberengaut@cov.com
(202) 662-6000
*Attorneys for Plaintiff Airbnb, Inc.*

12              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
13

14 GREATER LAS VEGAS SHORT-TERM          Case No.: 2:25-cv-01173-MMD-BNW
   RENTAL ASSOCIATION; JACQUELINE
15 FLORES; LOUIS KOORNDYK;
   ESTRELITA KOORNDYK; HAAN'S
16 PROPERTIES LLC; LK'S PROPERTIES      **PLAINTIFFS' MOTION FOR LEAVE**
   LLC; THOMAS M. MCKANNON, DEBRA        **TO FILE FIRST SUPPLEMENT TO**
17 HANSEN; JOHN HANSEN, TROY             **PLAINTIFFS' REPLY IN SUPPORT OF**
   UEHLING; PHILIP JOHNSON; SAMUEL       **MOTION FOR PRELIMINARY**
18 HANKINS; LISA HANKINS; 4502 PALM      **INJUNCTION AND NOTICE**
   MESA LLC; and AIRBNB, INC.;           **REGARDING PLAINTIFF AIRBNB'S**
19                                       **LICENSE APPLICATION**
                Plaintiffs,
20
   v.
21
   CLARK COUNTY, a political subdivision of
22 the State of Nevada, and AARON D. FORD,
   in his official capacity as Attorney General
23 for the State of Nevada,

                Defendants.
24

25

Pursuant to Local Rule 7-2(g), Plaintiffs respectfully submit this Motion for Leave to file their First Supplement to Plaintiffs' Reply in Support of Motion for Preliminary Injunction and Notice Regarding Plaintiff Airbnb's License Application a copy of which is attached as Exhibit A. Local Rule 7-2(g) provides that "[a] party may not file supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause." "Good cause usually exists if 'there is a showing that the party seeking good cause was reasonably diligent.'" *Borenstein v. Animal Found.*, 526 F. Supp. 3d 820, 849 (D. Nev. 2021) (quoting *Mallia v. Drybar Holdings, LLC*, 2020 WL 1250817, at *4 (D. Nev. Mar. 16, 2020)). Here, on the day the Plaintiffs' filed their reply brief, the County denied Airbnb's license application. Good cause exists to allow Plaintiffs to update the Court with this development.

Plaintiffs respectfully request that the Court grant leave to file the attached First Supplemental Notice Regarding Plaintiff Airbnb's License Application.

Respectfully submitted,

DATED: August 22, 2025

/s/ Shannon R. Wilson
Mark A. Hutchison (4639)
Shannon R. Wilson (9933)
Ramez A. Ghally (15225)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
mhutchison@hutchlegal.com
swilson@hutchlegal.com
rghally@hutchlegal.com

Paul D. Clement (Virginia Bar No. 37195)
*(Admitted Pro Hac Vice)*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel.: (202) 742-8900
paul.clement@clementmurphy.com

1

*Attorneys for Plaintiffs*

Sarah E. Harrington (*Admitted Pro Hac Vice*)
David M. Zionts (*Admitted Pro Hac Vice*)
Alexander A. Berengaut (*Admitted Pro Hac Vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
sharrington@cov.com
dzionts@cov.com
aberengaut@cov.com
(202) 662-6000

*Attorneys for Plaintiff Airbnb, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to FRCP 5(b), I certify that I am an employee of HUTCHISON & STEFFEN, PLLC and that on this 22nd day of August, 2025, I caused the above and foregoing document, entitled **MOTION FOR LEAVE TO FILE SUPPLEMENT TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND NOTICE REGARDING PLAINTIFF AIRBNB'S LICENSE APPLICATION** to be served as follows:

☐       by placing the same to be deposited for mailing in the Unites States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

☐       to be sent via facsimile; and/or

☒       to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

to the parties or attorney(s) listed below at the address and/or facsimile number indicated below:

**ALL PARTIES ON THE E-SERVICE LIST**

*Via CM/ECF*

*/s/ Heather Shepherd*
_____
An Employee of Hutchison & Steffen, PLLC

3

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---------|-------------|
| A | First Supplemental Notice Regarding Plaintiff Airbnb's License Application |