AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General - Litigation
Kyle J. Hoyt (Bar No. 14886)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3416 (fax)
jwhelan@ag.nv.gov
khoyt@ag.nv.gov

*Attorneys for Aaron D. Ford,*
*Attorney General for the State of Nevada*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREATER LAS VEGAS SHORT-TERM RENTAL ASSOCIATION; JACQUELINE FLORES, LOUIS KOORNDYK; ESTRELITA KOORNDYK; HAAN'S PROPERTIES LLC; LK'S PROPERTIES LLC; THOMAS M. MCKANNON, DEBRA HANSEN; JOHN HANSEN, TROY UEHLING; PHILIP JOHNSON; SAMUEL HANKINS; 4502 PALM MESA LLC; and ARBNB, INC.;<br><br>                    Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada, and AARON D. FORD, in his official capacity as Attorney General for the State of Nevada,<br><br>                    Defendants. | Case No. 2:25-cv-01173-MMD-BNW<br><br><br><br><br><br>**ORDER GRANTING DEFENDANT AARON D. FORD'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Defendant Aaron D. Ford, by and through counsel, Jessica E. Whelan, Chief Deputy Solicitor General – Litigation, and Kyle J. Hoyt, Senior Deputy Attorney General, State of Nevada, Office of the Attorney General, hereby submits this Unopposed Motion to Extend the time to file a Reply Brief in further support of the previously filed Motion to Dismiss and in response to Plaintiff's Opposition to same by five days, up to and including

Wednesday, September 17, 2025. This is the first request to extend the time to file the Reply.

### STATEMENT OF FACTS AND PROCEDURAL HISTORY

Plaintiffs filed their First Amended Complaint (ECF No. 14) on August 8, 2025. Defendant Aaron D. Ford, in his official capacity as Attorney General for the State of Nevada (Defendant State) timely filed a Motion to Dismiss the First Amended Complaint on August 22, 2025 (ECF No. 33). Defendant Clark County filed a joinder to the Motion to Dismiss on August 26, 2025 (ECF No. 34). Plaintiffs filed a Response in Opposition to the Motion to Dismiss on September 5, 2025 (ECF No. 38). The current deadline for a Reply briefing is Friday, September 12, 2025.

On or about Sunday, August 24, 2025, a cyberattack impacted multiple divisions and agencies of the State of Nevada. The attack also affected the Office of the Attorney General ("OAG") which represents Defendant State. The cyberattack also delayed onboarding of a newly hired Deputy Attorney General who will be assisting in preparation of the Reply and future case activity.

During the week of September 8, 2025, Undersigned Counsel for Defendant State has been engaged in depositions on September 8, 9, and 11. Another deposition was planned for Friday, September 12, but was unexpectedly vacated. In the same case, prolonged settlement discussions took place on September 8. Moreover, Undersigned Counsel temporarily lost access to state computer systems for large portions of the day on September 9 and 10, 2025 as part of password resets in the wake of the cyberattack. The unexpected events of the cyberattack and intensive discovery in another matter have delayed the ability for Defendant State to prepare a Reply brief in this matter.

On Friday, September 12, 2025, counsel for Plaintiffs was notified of the intent to file this Motion, and indicated they were not opposed to the extension until September 17.

/ / /

/ / /

/ / /

**ARGUMENT**

For good cause, the Court may extend time to file a motion, opposition, or reply briefing if a request is made before the time for filing expires. *See* Fed. R. Civ. P. 6(b); *see also* LR IA 6-1.

Here, good cause exists to grant the Motion. First, the unexpected cyberattack posed serious disruptions to multiple government operations throughout Nevada, including the OAG. Cybersecurity measures to improve the State's network continue today, and caused disruption to counsel's ability to use computer systems. The cyberattack also delayed onboarding of additional counsel for Defendant State and thus delayed her ability to begin work on the Reply. Further, undersigned counsel has been engaged in significant discovery during the week since the Plaintiff's Opposition was filed, which did not provide sufficient time for him to undertake preparing a Reply brief. The extension is not sought for any unfair advantage and Defendant has no reason to believe the additional five days' time will prejudice Plaintiffs or any other party.

/ / /

/ / /

/ / /

## CONCLUSION

For the reasons set forth above, Defendant State seeks a five-day extension of time to prepare a Reply brief in further support of the previously filed Motion to Dismiss, up to and including Wednesday, September 17, 2025.

DATED this 12th day of September, 2025.

AARON D. FORD
Attorney General

By: */s/ Kyle J. Hoyt*
    Jessica E. Whelan (Bar No. 14781)
     Chief Deputy Solicitor General - Litigation
    Kyle J. Hoyt (Bar No. 14886)
     Senior Deputy Attorney General
    State of Nevada
    Office of the Attorney General
    jwhelan@ag.nv.gov
    khoyt@ag.nv.gov

*Attorneys for Aaron D. Ford,*
*Attorney General for the State of Nevada*

**IT IS SO ORDERED.**

DATED:    September 15, 2025.

_____
UNITED STATES DISTRICT JUDGE