Mark A. Hutchison (4639)
Shannon R. Wilson (9933)
Ramez A. Ghally (15225)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
mhutchison@hutchlegal.com
swilson@hutchlegal.com
rghally@hutchlegal.com

Paul D. Clement (Virginia Bar No. 37195)
(*Admitted Pro Hac Vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel.: (202) 742-8900
paul.clement@clementmurphy.com
*Attorneys for Plaintiffs*

Sarah E. Harrington (*Admitted Pro Hac Vice*)
David M. Zionts (*Admitted Pro Hac Vice*)
Alexander A. Berengaut (*Admitted Pro Hac Vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
sharrington@cov.com
dzionts@cov.com
aberengaut@cov.com
(202) 662-6000
*Attorneys for Plaintiff Airbnb, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GREATER LAS VEGAS SHORT-TERM RENTAL ASSOCIATION; JACQUELINE FLORES; LOUIS KOORNDYK; ESTRELITA KOORNDYK; HAAN'S PROPERTIES LLC; LK'S PROPERTIES LLC; THOMAS M. MCKANNON; DEBRA HANSEN; JOHN HANSEN; TROY UEHLING; PHILIP JOHNSON; SAMUEL HANKINS; LISA HANKINS; 4502 PALM MESA LLC; and AIRBNB, INC.;<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada, and AARON D. FORD, in his official capacity as Attorney General for the State of Nevada,<br><br>Defendants. | Case No.: 2:25-cv-01173-MMD-BNW<br><br>**SCHEDULING AND CASE MANAGEMENT ORDER** |

Upon consideration of the Joint Status Report filed by the Parties on December 16, 2025, it is hereby ORDERED that the Parties' case management proposal is adopted.

This case shall be bifurcated into a merits phase and a relief phase. The merits phase will address whether Defendants violated the relevant constitutional and/or statutory provisions as claimed by Plaintiffs.

The Parties will proceed directly to cross-motions for summary judgment on the merits without discovery. The deadlines for the summary judgment briefing on the merits are as follows:

- Within sixty (60) days of entry of this Order, Plaintiffs will file their motion for summary judgment.
- Within sixty (60) days thereafter, Defendants will file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment.
- Within thirty (30) days thereafter, Plaintiffs will file a combined opposition to the cross-motion and reply in support of their motion for summary judgment.
- Within thirty (30) days thereafter, Defendants will file their reply in support of their cross-motion for summary judgment.

Defendants shall file responsive pleadings to Plaintiffs' Amended Complaint within 14 days of the entry of this Order.

IT IS SO ORDERED

DATED: December 31, 2025.

_____
Miranda M. Du, U.S. District Judge

1

| | | |
|---|---|---|
| 1 | Dated this 30th Day of December, 2025. | Dated this 30th Day of December, 2025. |
| 2 | HUTCHISON & STEFFEN, PLLC | OFFICE OF THE NEVADA ATTORNEY GENERAL |
| 3 | /s/ Ramez A. Ghally | |
| 4 | _____ Mark A. Hutchison (4639) | /s/ Abigail L. Pace _____ |
| 5 | Shannon R. Wilson (9933) Ramez A. Ghally (15225) | Jessica E. Whelan (14781) Chief Deputy Solicitor General Kyle J. Hoyt (14886) |
| 6 | Paul D. Clement (Virginia Bar No. 37195) (Admitted Pro Hac Vice) | Senior Deputy Attorney General State of Nevada |
| 7 | CLEMENT & MURPHY, PLLC | Office of the Attorney General |
| 8 | *Attorneys for Plaintiffs* | *Attorneys for Aaron D. Ford, Attorney General for the State of Nevada* |
| 9 | Sarah E. Harrington (Admitted Pro Hac Vice) David M. Zionts (Admitted Pro Hac Vice) | Dated this 30th Day of December, 2025. |
| 10 | Alexander A. Berengaut (Admitted Pro Hac Vice) | OFFICE OF THE DISTRICT ATTORNEY |
| 11 | COVINGTON & BURLING LLP | /s/ Timothy J. Allen |
| 12 | *Attorneys for Plaintiff Airbnb, Inc.* | _____ Steven B. Wolfson (1565) |
| 13 | Dated this 30th Day of December, 2025. | Timothy J. Allen (14818) |
| 14 | TRILAW | *Attorneys for Defendant CLARK COUNTY* |
| 15 | /s/ Adam R. Trippiedi _____ | |
| 16 | Adam R. Trippiedi (12294) | |
| 17 | *Attorney for Plaintiff Bentley Pham* | |

2