AARON D. FORD
  Attorney General
Jessica E. Whelan (Nevada Bar No. 14781)
  Chief Deputy Solicitor General - Litigation
Abigail L. Pace (Bar No. 15976)
  Senior Deputy Attorney General
State of Nevada, Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3768 (fax)
jwhelan@ag.nv.gov
apace@ag.nv.gov

*Attorneys for Aaron D. Ford,*
*Attorney General for the State of Nevada*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREATER LAS VEGAS SHORT-TERM RENTAL ASSOCIATION; JACQUELINE FLORES; LOUIS KOORNDYK; ESTRELITA KOORNDYK; HAAN'S PROPERTIES LLC; LK'S PROPERTIES LLC; THOMAS M. MCKANNON, DEBRA HANSEN; JOHN HANSEN, TROY UEHLING; PHILIP JOHNSON; SAMUEL HANKINS; LISA HANKINS; 5402 PALM MESA LLC; and AIRBNB, INC.;<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada, and AARON D. FORD, in his official capacity as Attorney General for the State of Nevada,<br><br>Defendants. | Case No. 2:25-cv-01173-MMD-BNW<br><br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND STATE DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED AND AGREED by the Parties, by and through their undersigned attorneys, that the deadline for State Defendants to respond to Plaintiff's Motion for Summary Judgment (ECF No. 63) should be extended up to and including May 22, 2026.

/ / /

This extension is sought for good cause and not for the purpose of undue delay. Despite exercising diligence to prepare a responsive pleading, counsel's competing professional obligations and staffing challenges have prevented its completion according to the current deadline.

Undersigned counsel is currently engaged in multiple matters that have necessitated emergency filings in both state and federal court, as well as the Ninth Circuit Court of Appeals. *See, e.g., State of Nevada ex rel. Nevada Gaming Control Board v. Coinbase Financial Markets, Inc.,* No. 26 OC 00030 1B (First Jud. Dist. Ct.)*; Coinbase Financial Markets, Inc. v. Ford, et al.,* No. 2:26-cv-00256-CDS-MDC (D. Nev.)*; State of Nevada ex re. Gaming Control Board,* No. 26 OC 00050 1B (First. Jud. Dist. Ct.)*; State of Nevada ex rel. Nevada Gaming Control Board v. KalshiEX, LLC,* No. 26-1304 (9th Cir.)*; State of Nevada ex rel. Gaming Control Board v. Blockratize, Inc.,* No. 26 OC 00012 1B*; State of Nevada ex rel. Nevada Gaming Control Board v. Blockratize Inc.,* No. 26-1343 (9th Cir.). Counsel is also engaged in extensive preparations for oral argument in three federal appeals scheduled to be argued in the coming weeks. *See KalshiEX, LLC v. Kirk Hendrick et al,* USDC Case No. 2:25-cv-00575-APG-BNW, 9th Cir. Case No. 25-7516; *North American Derivatives Exchange, Inc. dba Crypto.com*, USDC Case No. 2:25-cv-00978-APG-BNW, 9th Cir. 25-7187; *Robinhood Derivatives, LLC v. Mike Dreitzer et al*, USDC Case No. 2:25-cv-01541-APG-DJA, 9th Cir. Case No. 25-7831

Since the filing of the Motion for Summary Judgment, the lead attorney in the instant matter has left the Office of Attorney General and another attorney is on extended leave. A short extension will accommodate this staffing change as well as prepare a Response that will most assist the Court in resolving this matter.

The parties recently filed a Joint Notice Regarding the Scheduling Order indicating that no discovery was necessary and that the case could be decided based on cross-motions for summary judgment. *See* ECF No. 53; ECF No. 68. Postponing the response deadline for State Defendants to respond will allow all summary judgment briefing to be completed by July 2026. *Id.*

Plaintiffs do not oppose the requested extension.  However, to the extent that Clark County files its brief earlier than the State Defendants, Plaintiffs request that their deadline to file their next brief (the combined opposition to the cross-motions for summary judgment and reply in support of their motion for summary judgment) run from the State Defendants' deadline of May 22.

For the preceding reasons, Respondents respectfully request that the Court issue an order extending the time for filing State Defendants' Response to Plaintiff's Motion for Summary Judgment until May 22, 2026.

DATED this 1st day of May, 2026.

AARON D. FORD
Attorney General

*/s/Jessica E. Whelan*
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General
Abigail L. Pace (Bar No. 15976)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General

*Attorneys for Aaron D. Ford, Attorney General for the State of Nevada*

DATED 1st day of May, 2026.

HUTCHINSON & STEFFEN, PLLC

*/s/Ramez Ghally*
Mark A. Hutchison, Esq. (Bar No. 4639)
Shannon R. Wilson, Esq. (Bar No. 9933)
Ramez Ghally, Esq. (Bar No. 15225)
Hutchison & Steffen, PLLC

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

DATED:    <u>May 4, 2026</u>

Miranda M. Du, U.S. District Judge