STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: TIMOTHY J. ALLEN
Deputy District Attorney
State Bar No. 014818
By: JEFFREY S. ROGAN
Deputy District Attorney
State Bar No. 010734
500 South Grand Central Pkwy.
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax: (702) 382-5178
E-Mail: Timothy.Allen@ClarkCountyDANV.gov
E-Mail: Jeffrey.Rogan@ClarkCountyDANV.gov
*Attorneys for Defendant Clark County*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREATER LAS VEGAS SHORT-TERM RENTAL ASSOCIATION; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; *et al.*,<br><br>Defendants. | Case No.: 2:25-cv-01173-MMD-BNW<br><br>**REVISED PRELIMINARY INJUNCTION ORDER** |

For the reasons stated on the record at the November 13, 2026 hearing, the Court orders that, pending a final decision on the merits, the operative terms of the preliminary injunction issued on December 17, 2025 (ECF No. 51), are revised as follows:

1. **Applications.** Clark County shall begin accepting short-term rental license applications at scheduled appointments no later than January 5, 2027.

2. **Video appointments.** Clark County shall offer video appointments in place of in-person appointments only as follows:

(a) *Reasonable accommodation.* Clark County shall provide a video appointment when necessary as a reasonable accommodation for an applicant with a disability. Subparagraph (b) does not apply to these appointments.

(b) *Applicants residing outside Clark County.* An applicant who resides outside Clark County and has no designated representative available to appear in person may request a video appointment, subject to the following conditions:

(i) If the applicant does not connect to the video appointment within five minutes after the scheduled start time, for any reason, Clark County will not accept the application, and the applicant must reschedule.

(ii) If an audio or video technology failure, for any reason, prevents Clark County from completing the appointment, Clark County will not accept the application, and the applicant must reschedule.

(iii) An applicant who must reschedule under subparagraph (i) or (ii) does not retain any priority or place in line based on the missed or incomplete appointment.

(c) *Recording.* Consistent with Nevada law, no video appointment under this paragraph may be recorded or transcribed, whether by a person or by automated means (including artificial intelligence tools), without the consent of all participants.

3. **Applications submitted before this Order.** Clark County shall issue a temporary short-term rental license to each person whose complete application submitted before the date of this Order has not been approved or denied by the

Department, effective until a final determination is made on the application, as defined in CCC § 7.100.110(g) (as amended). Nothing in this paragraph restricts enforcement of the license requirement against any other person.

4. **Applications not decided within 45 business days.** Beginning January 5, 2027, if Clark County has not approved or denied a complete application within forty-five (45) business days of receipt, as calculated under CCC § 7.100.110(c) (as amended), including its tolling provisions, Clark County shall issue the applicant a temporary license, effective until a final determination is made on the application, as defined in CCC § 7.100.110(g), provided the applicant complies with all other requirements of CCC Chapter 7.100.

5. **Tax liens.** Clark County shall not convert any fine or penalty into a tax lien on or before May 31, 2027. This paragraph is without prejudice to any action Clark County may take after May 31, 2027, to convert a fine or penalty into a tax lien or to any right of an affected person to challenge such action.

6. **Report.** On or before June 7, 2027, Clark County shall file a report with the Court stating: (a) the number of applications submitted before January 1, 2027, that remain pending; (b) the number of applications submitted in 2027; (c) the number of licenses granted in 2027; (d) the number of applications submitted in 2027 that remain pending; and (e) the number of applications tolled due to distance separation. All figures shall be reported as of May 31, 2027.

IT IS SO ORDERED.

DATED this 20th day of November, 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: /s/ Jeffrey S. Rogan
JEFFREY S. ROGAN
Deputy District Attorney
State Bar No. 010734
500 S. Grand Central Pkwy., 5th Fl.
Las Vegas, Nevada 89155-2215

Attorneys for Defendant Clark County

Approved as to form:

HUTCHISON & STEFFEN, PLLC

By: /s/ Ramez A. Ghally
Mark A. Hutchison (4639)
Ramez A. Ghally (15225)
10080 West Alta Drive, #200
Las Vegas, Nevada 89145

Attorneys for Plaintiffs